```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ENCARNACION-CROSS,

                        Petitioner,

      -against-

BRIAN McAULIFFE,

                        Respondent.

17-CV-3603 (PAE)

ORDER TO ANSWER, 28 U.S.C. § 2254

PAUL A. ENGELMAYER, United States District Judge:

      Having examined this petition under 28 U.S.C. § 2254, the Court hereby ORDERS that:

      The Clerk of Court shall serve a copy of this order and of the petition on the Attorney General of the State of New York by certified mail to 120 Broadway, New York, New York, 10271; and on the District Attorney for New York County by certified mail to One Hogan Place, New York, New York 10013.

      Within sixty days of the date of this order, Respondent shall file and serve (1) an answer to the petition and (2) the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

      Petitioner may file and serve reply papers, if any, within thirty days from the date he is served with Respondent's answer.

      SO ORDERED.

Dated:  August 11, 2017
          New York, New York

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge